# Court of Appeals
# of the State of Georgia

ATLANTA, September 02, 2015

*The Court of Appeals hereby passes the following order*

**A15I0270. MCCORMACK BARON RAGAN MANAGEMENT, INC. v. JOSELINNE RIVERA et al. .**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

14EV000669



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, September 02, 2015.

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*